IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                    :

SAN JUAN DUPONT PLAZA HOTEL   :          MASTER FILE
FIRE LITIGATION                           MDL - 721
                                          :

## ORDER NO. 363

### ORDER AUTHORIZING PAYMENT OF PSC AND IPIC ATTORNEY FEES

In Amended Order No. 342 (docket No. 16931, filed on June 12, 1991) the Court set aside the amounts to be distributed from the settlement funds and also approved the procedure to be utilized by the Trustee and Distribution Agent (Meridian) for disbursement. Thereafter, the Court issued Order No. 346 (docket No. 17022, filed on June 21, 1991) awarding attorney fees to the Plaintiffs' Steering Committee (PSC) members and to counsel appointed to the Interim Plaintiffs' Investigative Committee (IPIC) and instructed Meridian to set aside those amounts pending further orders of the Court. The fee distribution formula, i.e., allocation of the amounts awarded by the Court as attorney fees for the PSC and IPIC from the total contingency fee pot, was further explained in Order No. 348 (docket No. 17046, filed on June 28, 1991).

There being no just reason to delay payment of these fees and in order to achieve as complete a distribution as possible of the settlement funds, Meridian and Banco Central Corp. are hereby ORDERED to issue checks in conjunction with the upcoming distribution in the names of the attorneys identified below as follows:[1]

---

[1] See Order No. 346, Schedule "A".

**PSC**

PETER BERKOWITZ, ESQ. (PR)--------------$1,240,135.00

ALVARO CALDERON, ESQ. (PR)--------------$2,638,250.00

STANLEY CHESLEY, ESQ. (USA)-------------$3,207,179.13

JOHN CUMMINGS, ESQ. (USA)---------------$3,732,447.63

WENDELL GAUTHIER, ESQ. (USA)------------$6,756,719.00

DAVID INDIANO, ESQ. (PR)----------------$2,674,434.45

WILL KEMP, ESQ. (USA)-------------------$7,193,450.45

HARVEY NACHMAN, ESQ. (PR)---------------$3,349,857.50

JORGE ORTIZ BRUNET, ESQ. (PR)-----------$2,175,368.88

JORGE SURO BALLESTER, ESQ. (PR)---------$ 527,512.50

FRANCISCO TRONCOSO, ESQ. (PR)----------$2,354,480.44[2]

**IPIC**

ANTONIO MOREDA, ESQ. (PR)---------------$    20,306.25

LUIS E. COLON RAMERY, ESQ. (PR)---------$    14,175.00

**TOTAL**          **$35,884,316.23**

---

[2] The Motion Under Seal in Regard to Structured Settlement (docket No. 17133, filed on July 15, 1991) is hereby GRANTED. Accordingly, it is hereby ORDERED that a check in the amount of **$425,000.00** of the fees due Francisco Troncoso, Esq. be issued payable to **ML SETTLEMENT SERVICES** and mailed to Mr. Troncoso's address. The monies to be taken out of Mr. Troncoso's PSC fees for this purpose shall be calculated after the combined fees due him as individual counsel for plaintiffs **RAFAEL BIGIO CALDERON (claimant control No. 723)** and **MARTA ROSA MARCANO VILA (claimant control No. 730)** have been computed. A check for the balance of the PSC fees shall be made out payable to Francisco Troncoso, Esq.

MDL - 721                    ORDER NO. 363                    Page -3-

It is further ORDERED that the checks for counsel domiciled in Puerto Rico[3] are to be issued by Banco Central Corp. whereas those pertaining to stateside attorneys[4] are to be issued by Meridian.

It is further ORDERED that these monies are to be paid from the amounts withheld from all contingency fee agreements pursuant to the precepts established in order No. 348 (docket No. 17046, filed on June 28, 1991).

The Clerk shall serve copy of this Order upon the PSC. The PSC shall effect service of this Order on this date via facsimile and overnight mail upon Michael J. Noon, Asst. Vice-President, Meridian Asset Management, 35 North Sixth Street, P.O. Box 1102, Reading PA 19603 (Fax (215) 320-233), Claudio D. Ballester, Executive Trust Officer, Banco Central Corp., Post Office Box 6270, General Post Office, San Juan, Puerto Rico 00936-6270 (Fax (809) 250-3399), PSC and IPIC members and by regular mail to all individual plaintiffs' counsel and shall file a Certificate of Service upon completion.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18th day of July, 1991.

RAYMOND L. ACOSTA
United States District Judge

---

[3] Identified herein with "PR".

[4] Identified herein with "USA".

AO 72
(Rev. 8/82)